**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **VENADIUM LLC,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**ALLY FINANCIAL, INC.,**<br><br>      **Defendant.** | No. 5:17-cv-54-RWS |

## FINAL JUDGMENT

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice Under Rule 41(a)(1)(A)(i), this Court **ORDERS**, **ADJUDGES**, and **DECREES** that all claims in this case is are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 16th day of June, 2017.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE